UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA GUILDER, et al.,

      Plaintiffs,

   v.

UNYQ DESIGN INC., et al.,

      Defendants.

Case No.  20-cv-00558-JSW

**ORDER TO SHOW CAUSE**

On March 31, 2021, the Court granted Comar Mollé LLP's request to withdraw as counsel for Defendants.  (Dkt. No. 41.)  On April 19, 2021, the Court ordered Defendants to file a substitution of counsel by no later than May 12, 2021 and cautioned that failure to retain substitute counsel could result in the Court entering judgment against Defendants.  Defendants were served with that Order.  (*See* Dkt. No. 43.)  To date, no substitute counsel has made an appearance.  Accordingly, Defendants are HEREBY ORDERED to show cause why judgment should not be entered against them for failure to retain substitute counsel.  Defendants response to this Order is due by no later than June 28, 2021.  If Defendants have not responded or filed a notice of substitution of counsel by that date, the Court will enter judgment against Defendants.

Comar Mollé LLP shall serve this Order upon Defendants by June 22, 2021, and file a proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: June 17, 2021

_____

JEFFREY S. WHITE
United States District Judge