# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# DIVISION OF OAKLAND

| | |
|---|---|
| TINA GUILDER, AN INDIVIDUAL, ANTHONY GUILDER, AN INDIVIDUAL AND dba T&T PARTNERS; AMY STEELE, AN INDIVIDUAL; DAVID GILBERT, AN INDIVIDUAL; AND KENNETH WANG, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>UNYQ DESIGN, INC., A DELAWARE CORPORATION; EYTHOR BENDER, AN INDIVIDUAL; AND DOES 1-10, INCLUSIVE<br><br>Defendants. | No. 4:20-cv-00558-DMR<br>Removed from Superior Court<br>Case No. CGC – 19 – 580937<br><br>[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE |

PURSUANT TO THE JOINT MOTION TO DISMISS; IT IS SO ORDERED This Court shall retain jurisdiction over all disputes between and among the Parties arising out of enforcement of the Settlement Agreement. Subject to this Court's limited retention of jurisdiction as set forth above, all claims filed in this action SHALL BE DISMISSED WITHOUT PREJUDICE.

DATED: __October 1, 2021__

_____
HON. JEFFREY S. WHITE
United States District Judge